IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CALVIN HARRIS, SR. A.H. and C.H., JR.,

    Plaintiffs,

v.

KB HANSON TRUCKING, INC. and
KD HANSON TRUCKING, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-162-slc

---

    This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that this case is dismissed for lack of subject matter jurisdiction.

_____      1/27/10
Peter Oppeneer, Clerk of Court             Date